ACCEPTED
01-14-00606-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/16/2015 2:56:44 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00606-CR
In the
Court of Appeals
For the
First District of Texas
At Houston

──────────◆──────────

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/17/2015 11:41:00 AM

CHRISTOPHER A. PRINE
Clerk

### No. 1370103
In the 179th District Court
Of Harris County, Texas

──────────◆──────────

### WILLIAM DELACRUZ
*Appellant*
V.
### THE STATE OF TEXAS
*Appellee*

──────────◆──────────

### STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

──────────◆──────────

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The State charged the appellant with one count of aggravated assault with a deadly weapon, and the jury found the appellant guilty (CR –8, 19, 158, 171-72; 5 RR 25). The trial court sentenced him in accordance with the jury's verdict to four years in the Texas Department of Criminal Justice, Institutional Division (CR – 168, 171-72; 6 RR 4-5). The appellant filed a timely notice of appeal, and the trial court certified that

he had the right to appeal (CR – 175-76). The State's brief was due on February 16, 2015. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

a. This brief was not assigned to the undersigned attorney until February 5, 2015.

b. The record in this case is over seventy megabytes in length split over eight volumes and will take some time to process.

c. The undersigned attorney was involved in completing the following written appellate projects since the appellant filed his brief:

| (1) | *Presented at "Prosecutor Trial Skills Course" by TDCAA in Austin, Texas on January 5, 2015* |
|-----|-----|
| (2) | James Jones v. The State of Texas<br>No. 01-14-00415-CR<br>Brief Due January 19, 2015 |
| (3) | Terrio Holiday v. The State of Texas<br>No. 14-14-00467-CR<br>Brief Due January 20, 2015 |
| (4) | Jesus Escobar v. The State of Texas<br>No. 01-13-00496-CR<br>Brief Due February 2, 2015 |
| (5) | Brian Victorian v. The State of Texas<br>No. 01-13-01004-CR<br>Brief Due February 11, 2015, *ext'd* March 16, 2015 |
| (6) | Tiquisha Carrol v. The State of Texas<br>No. 14-14-00178-CR<br>Brief Due February 11, 2015 |
| (7) | Eladio Najera v. The State of Texas<br>Bo. 14-14-00400-CR<br>Brief Due February 19, 2015 |
| (8) | Manuel Rivera-Sanchez v. The State of Texas<br>No. 01-14-00415-CR<br>Brief Due February 27, 2015 |

Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant a thirty day extension of time for the undersigned attorney to complete and file the State's appellate brief in this case

Respectfully submitted,

/s/ *Katie Davis*

**KATIE DAVIS**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Paul Decuir, Jr.
P.O. Box 9687
Houston, TX 77213
(281) 409-9692/phone
(713) 450-2773/fax
Paul.decuir@yahoo.com

/s/ *Katie Davis*

**KATIE DAVIS**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

Date:  February 16, 2015